IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                     CRIM. ACT. NO. 5:25-CR-34
                                             Judge Bailey

**PAUL J. HARRIS,**

    Defendant.

## ORDER

The Government is **DIRECTED TO RESPOND** to Defendant's Objection and Memorandum in Opposition to the Government's Intended Use of Robert P. Fitzsimmons as a Witness [Doc. 97] as soon as possible, but no later than **5:00 p.m. on Wednesday, October 29, 2025**. The Response should include:

1. What areas of inquiry does the Government contemplate making of Mr. Fitzsimmons?

2. Explain why the information sought is not protected by the attorney-client privilege?

3. If the information sought is covered by the attorney-client privilege, provide the Government's theory of admissibility?

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to the *pro se* defendant via the CM/ECF system.

**DATED**: October 27, 2025.

_____
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**