IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                               **CRIM. ACT. NO. 5:25-CR-34**
                                                                Judge Bailey

**PAUL J. HARRIS,**

      Defendant.

## ORDER

The Government is **DIRECTED TO RESPOND** and Mr. Harris may respond to the following questions/requests as soon as possible, but no later than **5:00 p.m. on Wednesday, October 29, 2025**:

    1.    Do Mr. Harris' records reflect the filing of a tax return on behalf of CLIENT-3 for the tax year 2021?

    If so, is the return dated?

    If so, what is the date of the return?

    2.    Do Mr. Harris' records reflect the filing of a 1040-V on behalf of CLIENT-3 for the tax year 2021?

    If so, what is the amount of taxes paid shown on the 1040-V?

    3.    Do Mr. Harris' bank records reflect a payment of an amount consistent with the amount shown on the 1040-V?

    If so, what is the date of payment?

If so, from what account was the payment withdrawn?

If so, from what type of account was the payment withdrawn, personal, business or IOLTA?

If so, is a copy of the check available?

If so, please provide a copy of the front and back of the check.

4. Do the records of the Internal Revenue Service ("IRS") reflect the filing of a tax return on behalf of CLIENT-3 for the tax year 2021?

5. Do the records of the IRS reflect the filing of a 1040-V on behalf of CLIENT-3 for the tax year 2021?

If so, is a copy of the 1040-V available?

If so, please provide the copy with your response.

6. Do the records of the IRS reflect the receipt of the amount which was ultimately credited to Mr. Harris?

7. Is a copy of the envelope in which the payment in question was made available?

If so, please provide a copy of the envelope.

8. During the period surrounding the transmittal of the check in question, what information was available on the check?

9. It is alleged that the IRS payment in question was initially credited to the account of a Paul D. Harris. Upon what date was the payment credited to Mr. Paul D. Harris?

10. Upon what date was that credit taken away?

11. Upon what date was the amount credited to the defendant?

12.   What triggered the transfer of the credit from Paul D. Harris to the defendant?

13.   What was Paul D. Harris' address at the time that the payment was credited to him?

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to the *pro se* defendant via the CM/ECF system.

**DATED**: October 27, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE