IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

UNITED STATES OF AMERICA,

v.  Criminal Action No. 5:25-CR-34
(BAILEY)

PAUL J. HARRIS,

        Defendant.

## UNITED STATES' MOTION FOR LEAVE TO FILE UNITED STATES' RESPONSE TO COURT'S ORDER AND ITS ATTACHMENTS UNDER SEAL

Comes now the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas and Jennifer T. Conklin, Assistant United States Attorneys for said District, and move the Court for leave to file the attached United States' Response to Court's Order and its attachments, as a response to the Court's Order [Doc. 100], under seal because the response and its attachments contain personal identifying information and Federal Tax Information.

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By:    /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant U. S. Attorney

and

/s/ Jennifer T. Conklin
Jennifer T. Conklin
Assistant U. S. Attorney

1

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 29th day of October 2025, the foregoing UNITED STATES' MOTION FOR LEAVE TO FILE UNITED STATES' RESPONSE TO COURT'S ORDER AND ITS ATTACHMENTS UNDER SEAL was filed with the Clerk of the Court via hand-delivery and was served on the defendant via email to harrislawofficeswhg@gmail.com on the same date.

By: /s/Jarod J. Douglas
Jarod J. Douglas
Assistant U. S. Attorney