IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

            **CRIM. ACT. NO. 5:25-CR-34**
            Judge Bailey

**PAUL J. HARRIS,**

    Defendant.

### ORDER

Pending before this Court is Defendant's Motion for Leave to File Supplemental Memorandum in Support of Motion to Dismiss Indictment for Outrageous Government Misconduct [Doc 85] and to File Under Seal [Doc. 109], filed October 30, 2025. Therein, defendant requests leave to file a supplemental Memorandum in support of his Motion to Dismiss [Doc. 85] and that such Memorandum be filed under seal. [Doc. 109].

The Motion [**Doc. 109**] is **GRANTED**. The Clerk is **DIRECTED** to **FILE UNDER SEAL** Defendant's Supplemental Memorandum in Support of Motion to Dismiss Indictment for Outrageous Government Misconduct [Doc [sic] and the Memorandum's attachment [Doc. 109-1].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to provide a copy to the *pro se* defendant through the CM/ECF system.

**DATED**: October 30, 2025.

/s/ John Preston Bailey
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**