UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.

PAUL J. HARRIS,

        Defendant.

No. 5:25-cr-34

**MOTION FOR PERMISSION FOR LOCAL COUNSEL TO BE EXCUSED FROM ATTENDING TRIAL WITH COUNSEL ADMITTED *PRO HAC VICE***

Counsel for witness Michael P. Leahey respectfully moves this Court for an order permitting local counsel, Lauren Hutchins McCartney, to be excused from attending the trial testimony provided by Michael P. Leahey. In support of this motion, local counsel states as follows:

1. Heidi R. Freese of Tucker Arensberg, P.C. has been admitted *pro hac vice* in accordance with Local Rule Gen. P. 2.02 and will appear as counsel to Michael P. Leahey for the duration of his testimony at the trial of Paul J. Harris.

2. Local counsel, Lauren Hutchins McCartney of Tucker Arensberg, P.C., has conferred with *pro hac vice* counsel and with opposing counsel regarding this request. Local counsel respectfully requests to be excused from attending the hearing.

3. *Pro hac vice* counsel is fully authorized and prepared to represent the interests of Michael P. Leahey and respond to all matters that may arise during the hearing.

4. Excusing local counsel from personal attendance will not prejudice any party or delay these proceedings. Local counsel will remain available by telephone or email.

WHEREFORE, counsel for Michael P. Leahey respectfully requests that the Court enter an order permitting local counsel Lauren Hutchins McCartney to be excused from personally attending the trial testimony given by Michael P. Leahey and allowing *pro hac vice* counsel Heidi R. Freese to appear in support of the witness.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

/s/*Lauren Hutchins McCartney*
Lauren Hutchins McCartney, Esq.
WV ID: 12304
Tucker Arensberg, P.C.
United Center
500 Virginia Street East
Suite 1050
Charleston, WV 25301
Office: 412-594-5522

/s/ *Heidi R. Freese*
Heidi R. Freese Esq.
*Admitted pro hac vice*
PA ID: 87668
Tucker Arensberg, P.C.
300 Corporate Center Drive
Suite 200
Camp Hill, PA 17011
Pittsburgh, PA 15222
Office: 717-221-7967

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| PAUL J. HARRIS, | No. 5:25-cr-34 |
| Defendant. | |

### CERTIFICATE OF SERVICE

On the 5th day of November 2025, service of **Motion for Permission for Local Counsel to Be Excused from Attending Hearing with Counsel Admitted *Pro Hac Vice*** with the Clerk of the Court using the CM/ECF system, were served upon all known counsel of record on via the Court's ECF system at the email addresses registered with the Court.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

/s/*Lauren Hutchins McCartney*
Lauren Hutchins McCartney, Esq.
WV ID: 12304
Tucker Arensberg, P.C.
United Center 500 Virginia Street East, Suite 1050
Charleston, WV 25301
Office: 412-594-5522