IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CRIM. ACT. NO. 5:25-CR-34
                                     Judge Bailey

PAUL J. HARRIS,

    Defendant.

FILED NOV 13 2025
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

**SPECIAL VERDICT FORM**

We, the jury, respond to the Court's Special Verdict Form questions as follows:

1. Was the real property located at 32-15th Street, Wheeling, WV 26003 involved in any of the proven money laundering offenses as alleged in the Indictment?

    YES ___✓___   NO _____

    If YES, place a check next to all of the counts in which the real property was involved in the proven money laundering offense.

    Count 25 ___✓___

    Count 26 ___✓___

    Count 27 ___✓___

    Count 28 ___✓___

    Count 29 ___✓___

2. Was the real property located at 32-15th Street, Wheeling, WV 26003 traceable to property used in any of the proven money launderings as alleged in the Indictment?

YES ✓  NO _____

If YES, place a check next to all of the counts in which the real property was traceable to the proven money laundering offense.

Count 25 _____

Count 26 _____

Count 27 ✓

Count 28 _____

Count 29 _____

DATED: 11-13-25

Foreperson