IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

v.                                                      **CRIM. ACT. NO. 5:25-CR-34**
                                                         Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

## JUDGMENT ORDER

On November 3, 2025, the above-styled matter came before this Court for jury selection and trial. The *pro se* defendant was present in person. The Government was represented by Assistant United States Attorneys Jarod J. Douglas and Jennifer T. Conklin.

From November 3, 2025, through November 7, 2025, the Government presented evidence against the defendant. During the Government's case, defendant moved for a mistrial; the Court **DENIED** defendant's Motion. Upon the completion of the Government's case, defendant moved for a judgment of acquittal in accordance with Rule 29 of the Federal Rules of Criminal Procedure; the Court **DENIED** defendant's Motion. The Court also **DENIED** defendant's Motion to Dismiss for Outrageous Government Misconduct [Doc. 85], which was filed prior to the beginning of trial. On November 10, 2025, defendant presented evidence and rested his case. Defendant then renewed his motion for a judgment of acquittal; the Court **DENIED** defendant's renewed Motion.

Subsequent to the parties resting their cases, the parties presented closing arguments and the Court instructed the jury as to the controlling law of the case. After deliberations, the jury found beyond a reasonable doubt that defendant was **GUILTY** on the following charges contained in the Indictment [Doc. 1]:

- Count One, Mail Fraud;
- Count Two, Mail Fraud;
- Count Three, Mail Fraud;
- Count Four, Mail Fraud;
- Count Five, Mail Fraud;
- Count Six, Mail Fraud;
- Count Seven, Mail Fraud;
- Count Eight, Mail Fraud;
- Count Nine, Mail Fraud;
- Count Ten, Mail Fraud;
- Count Eleven, Mail Fraud;
- Count Twelve, Mail Fraud;
- Count Thirteen, Mail Fraud;
- Count Fourteen, Mail Fraud;
- Count Fifteen, Mail Fraud;
- Count Sixteen, Mail Fraud;
- Count Seventeen, Wire Fraud;
- Count Eighteen, Wire Fraud;

- Count Nineteen, Wire Fraud;
- Count Twenty, Wire Fraud;
- Count Twenty-One, Wire Fraud;
- Count Twenty-Two, Wire Fraud;
- Count Twenty-Three, Wire Fraud;
- Count Twenty-Four, Wire Fraud;
- Count Twenty-Five, Unlawful Monetary Transactions;
- Count Twenty-Six, Unlawful Monetary Transactions;
- Count Twenty-Seven, Unlawful Monetary Transactions;
- Count Twenty-Eight, Unlawful Monetary Transactions; and
- Count Twenty-Nine, Unlawful Monetary Transactions.

The jury was then instructed as to the controlling law regarding the forfeiture of defendant's real property located at 32–15th Street, Wheeling, WV 26003, such forfeiture arising out of the property's relation to the proven money laundering offenses alleged in the Indictment. After deliberations, the jury found the real property located at 32–15th Street, Wheeling, WV 26003, was involved in the proven money laundering offenses contained at Counts Twenty-Five–Twenty-Nine in the Indictment, and the jury also found the real property located at 32–15th Street, Wheeling, WV 26003, is traceable to property used in the proven money laundering offense contained at Count Twenty-Seven of the Indictment. This Court then adjudged the defendant **GUILTY** on all charges.

It is therefore **ORDERED** that:

- The parties shall file any post-trial motions on or before **Monday, December 15, 2025**.

- The parties shall file responses to any post-trial motions **within thirty (30) days of the filing date of any such motions**; and

- Pursuant to § 6A1 *et seq.* of the United States Sentencing Guidelines and Rule 32 of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the Probation Office undertake a presentence investigation of the defendant and prepare a presentence report.

At the conclusion of the trial, the defendant was released on his own recognizance. Defendant remains on the same terms as set forth in the September 25, 2025 Order Setting Conditions of Release [Doc. 15].

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record herein, the United States Probation Office, and to the *pro se* defendant via the CM/ECF system.

**DATED**: November 14, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE