IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

                                                **CRIM. ACT. NO. 5:25-CR-34**
                                                Judge Bailey

**PAUL J. HARRIS,**

      Defendant.

### ORDER

Pending before this Court is an *Ex Parte* Motion of the United States for Entry of Preliminary Order of Forfeiture Money Judgment Initiating the Ancillary Proceeding for Third-Parties to Contest Forfeiture of Substitute Assets [Doc. 146], filed November 19, 2025. The Government is **ORDERED** to provide a copy of the Motion [Doc. 146] to defendant by the close of business on **Friday, December 5, 2025**. Defendant is **ORDERED** to file a Response to the Motion by the close of business on **Friday, December 12, 2025**. A hearing on the Motion is hereby **SCHEDULED** for **Tuesday, December 16, 2025, at 10:00 a.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to provide a copy to the *pro se* defendant via the CM/ECF system.

**DATED**: December 4, 2025.

                                                **JOHN PRESTON BAILEY**
                                                **UNITED STATES DISTRICT JUDGE**