IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                    **CRIM. ACT. NO. 5:25-CR-34**
                                       Judge Bailey

**PAUL J. HARRIS,**

    Defendant.

## ORDER

Pending before this Court is Defendant's Motion for New Trial Pursuant to ***Napue v. Illinois*** and Rule 33(b)(1) of the Federal Rules of Criminal Procedure [Doc. 170], filed January 19, 2026. A hearing on the Motion is hereby **SCHEDULED** for **Wednesday, February 25, 2026, at 2:00 p.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to provide a copy to the *pro se* defendant via the CM/ECF system.

**DATED**: January 29, 2026.

                                                      **JOHN PRESTON BAILEY**
                                                      **UNITED STATES DISTRICT JUDGE**