IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                                   **CRIMINAL ACTION NO. 5:25CR34**

**PAUL J. HARRIS,**

      **Defendant.**

## ORDER RESTRAINING DEFENDANT, PAUL J. HARRIS, ALONG WITH ANY AGENTS, REPRESENTATIVES, OR CO-OWNERS, FROM DISSIPATING OR ENCUMBERING ASSETS

On September 16, 2025, a twenty-nine count indictment was returned against Defendant Paul J. Harris for mail fraud, wire fraud, and unlawful money transactions in violation of 18 U.S.C. § 1341, 1343 and 1957. ECF No. 1. On November 13, 2025, the Defendant was convicted of all twenty-nine counts of the indictment. ECF No. 36. To preserve assets that are potentially available to satisfy any criminal monetary penalty, including restitution, the United States of America, through counsel, moved this Court to restrain Defendant, along with any agents, representatives, or co-owners, from encumbering or dissipating assets.

Upon thorough consideration and for good cause shown, said motion is hereby **GRANTED**. It is accordingly

**ORDERED** that Defendant, Paul J. Harris, along with any agents, representatives, or co-owners, are hereby restrained from encumbering, liquidating, selling, trading, transferring, or otherwise disposing of any assets except those which are necessary to pay for normal, customary, and reasonable living expenses unless Defendant, Paul J. Harris, obtains permission from the

United States of America, through the United States Attorney's Office for the Northern District of West Virginia, or this Court orders otherwise. It is further

**ORDERED** that the United States of America shall serve a copy of this order on any institution, entity, or individual that the government has reason to believe may be in control or possession of any property in which Defendant, Paul J. Harris may have any financial interest. It is further

**ORDERED** that the Clerk of this Court is directed to provide this order to all counsel of record in this matter, as applicable.

DATED: 2-19-2026

United States District Judge