## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**PAUL J. HARRIS**

      **Defendant.**

                      **Criminal No.  5:25CR34**
                      **(Judge Bailey)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2026, the government provided the Defendant with appraisals and evaluation materials pursuant to the Court's April 2, 2026 Order. The documents were provided to Defendant via email to harrislawofficeswhg@gmail.com. *See* United States Marshals Service Process Receipts and Returns attached hereto.

MATTHEW L. HARVEY
United States Attorney

By:   /s/ Morgan S. McKee
        Morgan S. McKee
        WV Bar No. 12669
        Assistant United States Attorney
        United States Attorney's Office
        1125 Chapline Street, Suite 3000
        Wheeling, WV 26003
        Phone: (304) 234-0100
        morgan.mckee@usdoj.gov