# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        **Plaintiff,**

**v.**                                              **Criminal No.  5:25CR34**
                                                    **(Judge Bailey)**

**PAUL J. HARRIS**

        **Defendant.**

## GOVERNMENT'S NOTICE REGARDING SALE OF REAL PROPERTY

Comes now the United States of America and Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Morgan S. McKee, Assistant United States Attorney for said District, to provide the Court with information relating to the real property located on Orchard Rd. in Wheeling, WV.

The government was recently contacted by the primary lienholder for the real property on Orchard Rd. and advised of the lienholder's intent to foreclose. The government was also contacted by the Defendant, who asked if the government had any objection to him selling the property himself, and depositing any proceeds with the clerk to hold until the disposition of his appeal. The government hereby advises the Court that it has no objection to either foreclosure or private sale of the property by the Defendant, so long as the proceeds are properly preserved for restitution. The government's position in this regard was also communicated to the lienholder and the Defendant separately via email.

Respectfully submitted,

MATTHEW L. HARVEY

United States Attorney

By:    <u>/s/ Morgan S. McKee</u>
       Morgan S. McKee
       Assistant United States Attorney
       WV Bar No. 12669
       United States Attorney's Office
       1125 Chapline Street, Suite 3000
       Wheeling, WV 26003
       Phone: (304) 234-0100
       Morgan.mckee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2026, I have electronically filed the foregoing

Notice with the Clerk of the Court using the CM/ECF system, and further served the Motion on

the defendant via email to harrislawofficeswhg@gmail.com.


MATTHEW L. HARVEY
United States Attorney

By:   /s/ Morgan S. McKee
Morgan S. McKee
WV Bar No. 12669
Assistant United States Attorney
United States Attorney's Office
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 234-0100
morgan.mckee@usdoj.gov